IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01820-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 9 2007

GREGORY C. LANGHAM
CLERK

MR. GEORGE ROCKY BALBOA, ex rel.,

    Plaintiff,

v.

MR. MICHAEL NALLY, The Director of the Federal Bureau of Prisons for the North
    Central Region,
MS. SELLERS, Security Officer at the Federal Corrections Facility Here at the FCI
    Colorado, and
MR. GRISB, Couselor [sic],

    Defendants.

---

## ORDER DISMISSING CASE

---

Plaintiff George Rocky Balboa, a federal prisoner housed in the State of Colorado, initiated this action by filing a *pro se* pleading titled, "Motion for That of a Special Performance From This Court." On August 29, 2007, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action and directed Mr. Balboa to file his claims on a Prisoner Complaint form and to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On September 10, 2007, Mr. Balboa filed another pleading titled, "To Withdraw and Return in the Matter of Case No. 07-cv-01820 of Papers Before This Court." In the September 10 pleading, Mr. Balboa states that Magistrate Judge Boland incorrectly construed the instant action as a civil action as opposed to a habeas corpus action.

Plaintiff further asserts that, nonetheless, in the near future he will be leaving where he currently is incarcerated and that he does not intend to proceed with the instant action. The Court must construe the September 10, 2007, pleading liberally because Mr. Balboa is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, therefore, will construe the September 10, 2007, pleading as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of September 10, 2007. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that Plaintiff's September 10, 2007, pleading is construed as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of September 10, 2007, the date Plaintiff filed the Notice in the action. It is

FURTHER ORDERED that all pending Motions are DENIED as moot. It is

FURTHER ORDERED that the Clerk of the Court shall send copies of Doc. Nos. 2, 3, 4, and 5 to Plaintiff.

DATED at Denver, Colorado, this *18* day of _____ Sept. _____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01820-BNB

George Rocky Balboa
Reg. No. 01454-018
FCI - Florence
PO Box 6000
Florence, CO 81226


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on ___9-19-7___


GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk